No. 97–7463. BLUM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7464. BEAMON *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 97–7466. SWEET *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7468. CANTLEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7469. CLYMER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7471. WHITAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7473. LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7477. LAMPLEY *v.* UNITED STATES; and
No. 97–7554. LAMPLEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 127 F. 3d 1231.

No. 97–7481. ABBONDANZO *v.* AUTOMATIC SWITCH CO. C. A. 3d Cir. Certiorari denied.

No. 97–7486. MAYO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7490. BOWERS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7491. CATER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7494. GROSS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7495. GONZALEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7496. GAMBLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.